UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL MONDRAGON-MIRANDA,<br><br>Defendant. | Case No.: 23-CR-0481-GPC<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING<br><br>[ECF No. 51] |

**IT IS HEREBY ORDERED** that the joint motion to continue is granted and the sentencing hearing in this matter now scheduled for May 28, 2024, be continued to September 16, 2024, at 8:30 a.m.

The Court has already accepted the Defendant's guilty plea [ECF No. 47], so the Speedy Trial Act no longer applies. *Betterman v. Montana*, 578 U.S. 437, 439 (2016).

**IT IS FURTHER ORDERED** that the defendant file an acknowledgment of next court date within seven days of the filing of this Order.

**IT IS SO ORDERED**.

Dated: April 29, 2024

Hon. Gonzalo P. Curiel
United States District Judge

23-CR-0481-GPC